1  **THE VELEZ LAW FIRM**
MARK P. VELEZ, ESQ. (SBN 163484)
2  KELSEY A. WEBBER, ESQ. (SBN 303721)
3  3010 Lava Ridge Court, Suite 180
Roseville, California 95661
4  Telephone: (916) 774 – 2720
Facsimile: (916) 774 – 2730
5  Email: velezlaw@live.com

6
Attorneys for Plaintiffs DARON HAIRABEDIAN, IVAN HERNANDEZ, ET AL.
7
**JACKSON LEWIS P.C.**
8  MIA FARBER (SBN 131467)
9  ADAM Y. SIEGEL (SBN 238568)
725 South Figueroa Street, Suite 2500
10 Los Angeles, California 90017-5408
Telephone: (213) 689-0404
11 Facsimile: (213) 689-0430
12 Email: FarberM@jacksonlewis.com
Email: SiegelA@jacksonlewis.com
13
**JACKSON LEWIS P.C.**
14 SANDER VAN DER HEIDE (SBN 267618)
15 400 Capitol Mall, Suite 1600
Sacramento, California 95814
16 Telephone: (916) 341-0404
Facsimile: (916) 341-0141
17 Email: Sander.vdHeide@jacksonlewis.com
18
Attorneys for Defendant TOYS 'R' US – DELAWARE, INC.
19

20            **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF CALIFORNIA**
21

| | |
|---|---|
| DARON HAIRABEDIAN and IVAN HERNANDEZ, and on behalf of themselves and the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYS 'R' US – DELAWARE, INC., a Delaware Corporation, CAROL MILLER, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-02326-MCE-DB<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS' CALIFORNIA LABOR CODE § 1102.5 CLAIM AND INDIVIDUAL DEFENDANT CAROL MILLER |

THE VELEZ LAW FIRM
Attorneys at Law
3010 Lava Ridge Ct.
Suite #180
Roseville, CA 95661

STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS' CALIFORNIA LABOR CODE § 1102.5 CLAIM AND INDIVIDUAL DEFENDANT CAROL MILLER

- 1 -

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 15(a)(2), by and between Plaintiffs DARON HAIRABEDIAN and IVAN HERNANDEZ and Defendant TOYS 'R' US – DELAWARE, INC., through their respective counsel of record, that:

1. Defendant CAROL MILLER; and
2. Plaintiffs' Sixth Cause of Action for Breach of California Labor Code § 1102.5, et seq., Employment Harassment, Retaliation for Opposing Wrongful Employment Conduct

be dismissed with prejudice.

Dated: March 13, 2017          THE VELEZ LAW FIRM


By: _Mark P. Velez /s/ (as authorized 3-13-17)_
Mark P. Velez
Attorneys for Plaintiffs
HAIRABEDIAN, HERNANDEZ, ET AL.

Dated: March 13, 2017          JACKSON LEWIS, P.C.


By: _/s/ Sander van der Heide_
Mia Faber
Adam Y. Siegel
Sander van der Heide
Attorneys for Defendant
TOYS 'R' US – DELAWARE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 14, 2017

Honorable William Orrick

THE VELEZ LAW FIRM
Attorneys at Law
3010 Lava Ridge Ct.
Suite #180
Roseville, CA 95661

STIPULATION AND [PROPOSED] ORDER TO DISMISS PLAINTIFFS' CALIFORNIA LABOR CODE § 1102.5 CLAIM AND INDIVIDUAL DEFENDANT CAROL MILLER

- 2 -