# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON HAIRABEDIAN and IVAN HERNANDEZ, and on behalf of themselves and the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS 'R' US – DELAWARE, INC., a Delaware Corporation, CAROL MILLER, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:16-cv-2326 WHO<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**<br><br>Re: Dkt. No. 15 |

In light of the September 20, 2017 Notice of Defendant's Filing of Bankruptcy and Automatic Stay [Dkt. No. 19], this case is STAYED and the Clerk's Office shall administratively close it. Upon notice from any party that the stay has been lifted with respect to this matter or that the bankruptcy proceedings have concluded, this matter will be restored to the docket.

**IT IS SO ORDERED**.

Dated: September 21, 2017

WILLIAM H. ORRICK
United States District Judge