UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARON HAIRABEDIAN, IVAN HERNANDEZ, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>TOYS R US – DELAWARE INC., CAROL MILLER, and DOES 1-50,<br><br>        Defendants. | Case No. 16-cv-02326-WHO<br><br>**ORDER DISMISSING THE CASE** |

On September 20, 2017, I issued an order Staying and Administratively Closing this case in light of defendant TOYS R US's bankruptcy. Dkt. No. 20. In light of the permanent injunction issued by the Bankruptcy Court, which covers the claims asserted in this case, defendant TOYS R US filed a status report on March 15, 2019, informing the Court that it does not intend to defend this matter further and requesting dismissal of this action. Dkt. No. 21. As of the date of this Order, plaintiffs have not responded to defendant's filing or otherwise objected to the request to dismiss this action.

In light of the Bankruptcy Order imposing a permanent injunction on the claims asserted in this case, this case is DISMISSED and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 26, 2019



William H. Orrick
United States District Judge